## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE KATHLEEN M. DRAKULICH, DISTRICT JUDGE,
Respondents.

No. 80260

FILED

NOV 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

THE WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE KATHLEEN M. DRAKULICH, DISTRICT JUDGE,
Respondents.

No. 80261

### ORDER GRANTING PETITIONS

These petitions for a writ of mandamus or prohibition challenge district court orders directing the Washoe County District Attorney's office (WCDA) to participate in record-sealing proceedings.[1]  We recently held

---

[1]The writ petitions name the State of Nevada as the petitioner.  This appears to be a clerical error because the WCDA filed the petitions. Accordingly, we direct the clerk of this court to modify the captions on these dockets to conform to the captions in this order.  Further, because the petitions seek identical relief, we elect to consolidate these petitions for disposition.

20-41643

that NRS 179.245(3) does not require the WCDA to participate in proceedings to seal criminal records. *Washoe Cty. Dist. Attorney's Office v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 67 (2020). Thus, we conclude that the district court exceeded its authority and that writs of prohibition to vacate the district court's orders are appropriate.[2] *See id.* Accordingly, we

ORDER the petitions GRANTED AND DIRECT THE CLERK OF THIS COURT TO ISSUE WRITS OF PROHIBITION instructing the district court to vacate its orders requiring the WCDA to participate in the record-sealing proceedings.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Kathleen M. Drakulich, District Judge
      Washoe County District Attorney
      Attorney General/Carson City
      Washoe District Court Clerk

---

[2]A writ of prohibition is the more appropriate remedy for this challenge.